

United States District Court
Eastern District of California

| Dennis Kilian |
|---|
Plaintiff(s)

Case Number: 21-cv-01740

V.

| American Society of Mechanical Engineers |
|---|
Defendant(s)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Burt M. Rublin hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Defendants American Society of Mechanical Engineers, et al.

On 01/21/1981 (date), I was admitted to practice and presently in good standing in the U.S. Dist.Court, Eastern District of PA (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [X] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 09/28/2021

Signature of Applicant: /s/ Burt M. Rublin

**Pro Hac Vice Attorney**

Applicant's Name: Burt M. Rublin

Law Firm Name: Ballard Spahr LLP

Address: 1735 Market Street, 51st Floor

City: Philadelphia   State: PA   Zip: 19103-7599

Phone Number w/Area Code: (215) 864-8116

City and State of Residence: Philadelphia, PA

Primary E-mail Address: rublin@ballardspahr.com

Secondary E-mail Address: burtrublin@gmail.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Elliot G. Johnson

Law Firm Name: Ballard Spahr LLP

Address: 2029 Century Park East

Suite 800

City: Los Angeles   State: CA   Zip: 90067-2909

Phone Number w/Area Code: (404) 204-4323   Bar #: 317303

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 9/30/2021

/s/ John A. Mendez
JUDGE, U.S. DISTRICT COURT